**EXHIBIT A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CARRIE BECKER,

Plaintiff,

v.

CORRECTIONAL MEDICAL CARE, INC. and THE
COUNTY OF RENSSELAER, NEW YORK and JASON
DESSINGUE, AS AIDER AND ABETTOR

Defendants.

**STIPULATION & ORDER
OF DISMISSAL**

Civil Action No.: 1:16-CV-83
(BKS/CFH)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CARRIE BECKER and Defendant COUNTY OF RENSSELAER ("Defendant County"), and their respective undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued on the merits with prejudice with respect to Defendant County and without costs to either party as against the other.

LOMBARDI, WALSH, DAVENPORT, and
AMODEO, P.C.

By: _____
      Paul E. Davenport, Esq.
      Bar Roll No.: 103898
      Email: ped@lrwhlaw.com
      *Attorneys for Plaintiff*
      187 Wolf Road, Suite 211
      Albany, New York 12205
      Telephone: (518) 438-2000
      Facsimile: (518) 438-2471

BAILEY, JOHNSON, DeLEONARDIS, & PECK, P.C.

By: _____
      John W. Bailey, Esq.
      Bar Roll No.: 101069
      Email: JWBailey@BaileyJohnson.com
      *Attorneys for Defendant, County of Rensselaer*
      5 Pine West Plaza, Suite 507
      Washington Ave. Ext.
      Albany, New York 12205
      Telephone: (518) 456-0082
      Facsimile: (518) 456-4767

Dated: ___December 20___, 2016

SO ORDERED,

_____
Brenda K. Sannes, U.S. District Judge